JESS SEWELL V. THE STATE.

No. 10256. Delivered May 5, 1926.

Robbery—Appeal Dismissed.

Appellant has filed his written request duly verified, and in compliance therewith this appeal is dismissed.

Appeal from the District Court of Bell County. Tried below before the Hon. Lewis H. Jones, Judge.

Appeal from a conviction for robbery, penalty twenty-five years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is robbery with firearms, punishment fixed at confinement in the penitentiary for a period of twenty-five years.

Upon the request of the appellant, duly verified by his affidavit in writing, the appeal is dismissed.

*Dismissed.*